# EXHIBIT A

Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/22/17 | 09/07/17 | 27050 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT AUG | $ 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 09/19/17 | 10/03/17 | 28509 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT SEP | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 10/05/17 | 10/25/17 | 28991 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT OCT 6 DAYS | 41.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 10/05/17 | 11/07/17 | 28990 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - RETURN | 45,000.00 |
| | | | | | | | $ 45,453.75 |