# EXHIBIT B

Exhibit B
Net Winner Transactions
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Disbursements |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 01/17/17 | 01/31/17 | 16269 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT JAN 27 DAYS | $ 185.63 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 02/14/17 | 03/02/17 | 17865 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT FEB | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 03/21/17 | 04/03/17 | 19480 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT MAR | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 04/18/17 | 05/11/17 | 20992 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT APR | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 05/16/17 | 06/05/17 | 22678 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT MAY | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 06/20/17 | 07/10/17 | 24226 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT JUN | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 07/18/17 | 08/01/17 | 25573 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT JUL | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 08/22/17 | 09/07/17 | 27050 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT AUG | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 09/19/17 | 10/03/17 | 28509 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT SEP | 206.25 |
| Woodbridge Mortgage Investment Fund 3A, LLC | 1894817897 | 10/05/17 | 10/25/17 | 28991 | RESZEWSKI REVOCABLE LIVING TRUST DATED 11/18/14 | MTG3a SR N PALM DR REFI, CA - INT OCT 6 DAYS | 41.25 |
| | | | | | | | $ 1,876.88 |